**Maureen C. SEWALL, Appellant,**

v.

**John G. CSERNANSKY, M.D., Appellee.**

No. 06–2680.

United States Court of Appeals, Eighth Circuit.

Submitted: May 23, 2007.

Filed: May 29, 2007.

Maureen C. Sewall, St. Louis, MO, pro se.

Robert S. Rosenthal, Michael T. Ward, Brown & James, St. Louis, MO, for Appellee.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

PER CURIAM.

Maureen Sewall appeals from the district court's[1] dismissal of her pro se civil complaint for lack of subject matter jurisdiction. Upon de novo review, *see Osborn v. United States*, 918 F.2d 724, 730 (8th Cir.1990), we conclude that the district court correctly dismissed Sewall's complaint against Dr. Csernansky for the reasons explained by the district court.

Accordingly, we affirm the district court's decision. *See* 8th Cir. R. 47B. We also deny as moot appellee's pending motion to dismiss.

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.